PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

United States Courts
Southern District of Texas
F I L E D

MAY 1 5 2020

David J. Bradley, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE _____ DISTRICT OF TEXAS**
**_____ DIVISION**

PAROLE INMATES CLASS
Plaintiff's Name and ID Number

EAST TEXAS INTERMEDIATE SANCTIONING FACILITY
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v.

TDCJ HUNTSVILLE TX.
Defendant's Name and Address

BOARD OF PARDONS AND PAROLES AUSTIN TX.
Defendant's Name and Address

MANAGEMENT TRAINING CORPORATION
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: _____ N/A _____

        2. Parties to previous lawsuit:

            Plaintiff(s) _____ N/A _____

            Defendant(s) _____ N/A _____

        3. Court: (If federal, name the district; if state, name the county.) _____ N/A _____

        4. Cause number: _____ N/A _____

        5. Name of judge to whom case was assigned: _____ N/A _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____ N/A _____

        7. Approximate date of disposition: _____ N/A _____

Rev. 05/15

II.   PLACE OF PRESENT CONFINEMENT: *EAST TEXAS I.S.F. HENDERSON TX.*

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
*THEY DO NOT PROCESS GRIEVANCES AND RETURN THEM*

IV.   PARTIES TO THIS SUIT:

A.  Name and address of plaintiff: *PAROLEES (AS A CLASS)*

B.  Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: *TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN HUNTSVILLE TEXAS*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
*DELIBERATE INDIFFERENCE AND PROTECTING MTC VIOLATIONS*

Defendant #2: *BOARD OF PARDONS AND PAROLES AUSTIN TEXAS*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
*SENDING PEOPLE HERE FOR LONGER LENGTHS OF TIME WITHOUT CAUSE*

Defendant #3: *MANAGEMENT TRAINING CORPORATION HENDERSON TEXAS*

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
*FAILING TO PROVIDE ACCESS TO COURT AND REFUSING TO REMOVE INMATES FROM PROGRAM*

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

① PAROLE BOARD IS SENDING INMATES HERE FOR 9 MONTHS INSTEAD OF THE 6 MONTHS EVERY PAROLEE IN THIS STATE DOES MISCLASSIFYING THESE INMATES AS SPECIAL NEEDS EVEN THOUGH THEY ARE NOT.

② M.T.C. THEN REFUSES TO ALLOW THE INMATE TO REFUSE THE TREATMENT BY WRITING CASES, LOCKING THEM IN SEGREGATION AND PROLONGING THE CONTACT WITH PAROLE REVOCATION PROCESS MAKING THE INMATE SUFFER THROUGH THE 9 MONTHS ANYWAY WHEN THE INMATE COULD HAVE GOTTEN TO PRISON AND BEEN OUT.

M.T.C. THEN REFUSES TO PROCESS GREIVANCES AND will NOT GIVE IN-

VI.   RELIEF:

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

APPOINT LAWYERS, FORCE M.T.C. TO REMOVE INMATES WHO REFUSE TREATMENT (IMMEDIATELY) COMPENSATORY AND PUNITIVE DAMAGES, AND 6 MONTH PROGRAM

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

N / A

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

N / A

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N / A

2. Case number: N / A

3. Approximate date sanctions were imposed: N / A

4. Have the sanctions been lifted or otherwise satisfied? N / A ____ YES ____ NO

Rev. 05/15

MATES ACCESS TO ANY LAW LIBRARY EFFECTIVELY STOPPING THE EX-
POSURE OF THEIR ACTIVITIES TO THE COURTS. THEY WILL NOT GIVE US THE
REQUIRED LEGAL FORMS FOR REDRESS NOR OR OUR FAMILY MEMBERS
GIVEN CORRECT INFORMATION IF ANY INFORMATION IS GIVEN AT ALL BE-
CAUSE THEY CITE PRIVACY PROTECTIONS AND JUSTIFY IT BY SAYING WE
DON'T HAVE THE RIGHT TO REFUSE A CIVIL COMMITMENT BECAUSE
WE ARE MENTALLY INCOMPETENT.

③ THE T.D.C.J. COMPLEX IS DELIBERATELY INDIFFERENT TO, AND
PROTECT THE ABUSES HERE BY NOT ANSWERING GRIEVANCES OR I-60s
AND THE T.D.C. MONITOR WILL NOT SPEAK WITH OR CORRECT A PROB-
LEM WHEN YOU BRING IT AND ALLOW MTC. STAFF TO IMPOSE PUN-
ISHMENTS UPON ONE INMATE FOR THE ACTION OF ANOTHER AND
SUBJECTS THESE INMATES TO THE WHIMS OF COUNSELORS AND
SECURITY AND CALL THESE GROUP SANCTIONS THAT DICTATE INMATES
IMPOSE VIOLENCE ON ONE ANOTHER "TREATMENT" !

4A

C. Has any court ever warned or notified you that sanctions could be imposed?   YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____ N / A _____

2. Case number: _____ N / A _____

3. Approximate date warning was issued: _____ N / A _____

Executed on: **5-3-2020**
          DATE

(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ **3** _____ day of _____ **5** _____ , 20 **20** .
        (Day)          (month)        (year)

(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

I, NATHANIEL ACLIESE, being of sound mind, over the age of 18, declare under the penalty of perjury that all of the foregoing information is true and correct to the best of my knowledge...

On the date of November 1, 2019, while in the Angelina County Jail located in Lufkin, Texas, I signed a waiver waiving a parole revocation hearing.

On the date of November 15, 2019, I signed a form informing me that I would serve (6) months SAFP for violating parole.

I arrived at the Kudd Unit on the date of December 10, 2019. Because it was taking a long time for me to leave the Kudd Unit and go to a SAFP facility I wrote parole on that unit and asked them if I was a special needs offender. The unit parole officer answered my request form and informed me that I was not a special needs offender.

On the date of February 27, 2020 I arrived at the EAST TEXAS TREATMENT

4-28-2020

Name is MARio A. Ovalle #2292017
TDC# 572402.
I am writing this affidavit under
prijury penalty of perjury. all that
I am about to write is true and
correct to the best of my knowledge
I have a 40 year sentence
I have 25 years flat. I am
sentenced under Mandatory Supervision
Im sure Ive gotten more that
100% of my sentence, with Good Time
flat Time, Work Time, etc. But Im
Unable to get time Sheet. Ive
repectble request permission to use
law library, here at MTC. (Henderson TX)
but my request are never answered.
I wish to join suit with
Johnathen Hunt in Case # 4:20-cv-01113

Thank you
Mario Ovalle.

4-28-2020

Hello my name is Chad A. Cook.
I am writing this affidavidth under penalty
of perjury. All that I am About to write
is true And Correct to the Best of my Knowledge.
   I have 186% of my Sentence done
allready. they won't let me refuse this
program here At the Henderson Unit in
Henderson Tx. I had Been on Various medications
Because of my PTSD and Bipolar manic
dissorders, all Because of my military service.
Once I was taken from my County Jail in
Cawld Caldwel County jail, they took
me of all of my psycotrophen medkations
which in turn make me I E or made
me Become suicidal And highly violent.
they didn't as even offer me alternative medication
for my Quanzapine, Buspropine, or Gabapenti
which I Had Been ordered to Be on By 3
different MHMR doctors or psychiatri
I Had Been on my medications for about 7 years.
I Have Seen the Tele-health TV. doctor
3 times in the last 6 months And have
Been placed on Tegretall and Had my doses
increased a pill per visit. How they deem
fit to utalize and untested ciezire medicam
to replace my Nessassary perscribed meds is

(1)

4-28-2020

My Name Is Gregory Norman and I'm writing this affidavit under penalty of perjury, all that I'm about to write is true and correct to the best of my knowledge.

Yesterday and this morning I tried to get copy's of the refused from I signed, I have also contacted Disciplinary office trying to get a copy, I have refused treatment and was threaten to be put in segregated for refusing this treatment program, I've had multiple restrictions denied, access to courts because of no law library here at M.T.C am also seeking to file class action status also, But can't due to the fact we don't have a Law Library here on the M.T.C - East Texas treatment facility. I am being abuse, and suffering along with my civil Rights being violations, Myself and several other individuals in

dorm of 56 men whom have
signed several refusals, are
Very extremly been disruptive
by staff and the refusels enmates.
Security came by this morning
and stated that because of the
inmates of sleeping and not programming
the dorn is out of compliance and
that they would be punishing the
whole dorn of people for what only
a few has done, In truth this
is bigger than any one Mind
Its I called a Mega minds
and Is cause a Toxicity Perpetuates
in It self and does more harm
than good and don't do any. Or
Justifies any intelligent minded
individual in exercising my right
to refuse any part of this treatment
programming
          To dying would be
more perferable to being infected
My what's going on in this culture
that's offers.
To have MTC East treatment
facility and T.D.C.J force

me to participate in this perversion are cruel and unusual Treatment, Especially on after I have done 32 year on a 25 year sentence, My sentence should have been terminated in the year of 2014

Submitted By:

Gregory Norman
#509306
#230164 6

Norman Gregory
6151 W. Grays Gap Rd
Fayetteville ARK 72704

Larry Wigfield

Client # 2306869
prev. TDCJ #2022909

To whom all it may concern.

I come now under penalty of
perjury. I declare this statement and
its truth of origin.
Upon arrival here at this S.A.F.P. program
this past February I've been ignored
and denied multiple times on multiple
occasions on multiple subjects. Mainly
the fact of given any rights to the law
library for whatever the size it is (if any).

I'm joining a type of rally, petition
or group for civil rights. And will push for
my rights as a citizen of the United States to
be addressed in the correct way by law.

This organization is taken upon itself
to scrutinize their own grievance objections
and refuse any action which I'm sure by
more than by reason of a doubt that
is a conflict of interest.

I've had an injury accident pertaining
a ceiling fan falling from over 10 ft.
striking my leg, putting me on crutches
and resulting in leg infection and

negro damage. All due to and recognized by TDCJ as negligence and responsible from poor maintenance and faulty machinery.

Also since arriving here months ago now I've been positioned in a dorm for people of probation not parole. I'm parole and have alot more to lose than a person on probation. Just to prove to you the reader, that this organization passes the buck alot more than should be considered appropriate.

Another incident involving my attorney Shane Brooks from "Austin". Calling one morning to discuss this program taking ie people as Special Needs! When their absolutely not, then refusing to correct the fact. He was told by person here answering phone that this was the Rusk County Jail. That is obscured and should be brought to attention if any- thing should be. Actually that is comit- ting-fraud in conveyance. Which is by itself illegal. The latter called again after complaint was made and was given a proper transfer number through

the law library. Which brings to truth this place does have a law library and we're simply being refused access to it

I would also like to bring to your attention the fact that the Corona Virus may limit movement to an extent. But this by far supersedes the time this pandemic has been taken place and taken over.

My attorney has instructed me to follow the steps and document all procedures, that he is looking into the chances for proper help.

I struggle through this program and answer to sentence given by judges at revocation hearing! With nerve damage and constant pain with mobility due to neglegence by maintenance at a TDCJ Unit "Russ" and wish for a proper response to every single issue mentioned here in this letter. The word i want to use is "Demand"...! I demand my right to be heard and require a written response out of proffessional conscienceness. Thank you

Sincerely  Jerry Wigfield

4-27-2020

My name is Johnathor Hunt and I am writing this under penalty of perjury and attest that the following is true and correct to the best of my recollection.

On April 26, 2020 at approximately 8:30 P.M. or thereabout I and the entire A4 Dorm was exposed to mustard gas from a canister on an officers utility belt.

This officer sprayed the inmate who sleeps in 15 bunk. (I don't know his name we call him M.J.) It seems that during the count they were conducting something transpired between this officer and this inmate.

This individual got off his rack and went to the door where the officer was and after an exchange pulled his bottoms down to expose his genitalia. She zapped him that once and he headed back towards the bunk area and then for some reason they had another exchange and

he turned around and went back to-
wards the officer and she juiced him
again.

That blast was good enough to permeate
the entire dorm atmosphere and effect
every inmate in here.

After she shot him with the gas the
last time she shut the door and the
place erupted with inmates gagging
and vomitting and kicking the doors
and banging on the windows and walls.

Maybe 15 or 20 minutes later all the
guards on the unit came to the door and
opened the bean slot preparing to gas us
again. I know they were preparing to
gas us because they were in full riot
gear with gas masks on.

The inmates in here were then pressed
into the service of threatening to kill this
one inmate if he did not get to the door
and get out of this dorm to stop any
further abuse and punishment to the
rest of the group.

The irony of that incident is that this man had just been taken to seg-regation and had only been back in this dorm a few days. The reason they took him to seg then was for masterbating on one of the ladies or exposing himself to her in a sexual nature or something. And they brought him right back in here after a couple of days; even after it has been established by Staff and inmates that this type of perversion is a pattern.

The next morning 4-27-2020 at about 9:00 A.M. Sgt. Beele (I think) came in as he often does and went through this dorm snatching lines and just doing what he say "Captain Jones told him to do."

He said that if this dorm was not gotten into compliance the the Captain was going to turn off the T.V's and the hot pot and rack us up and

give misery.

I walked up and asked this Sergent how could he punish all of us if those guys who are out of compliance and asleep don't want us waking them up telling them what to do. He said he could do it (or Captain James could) because this is treatment.

I then asked him since you are making me responsible for another persons actions can I bash that persons skull in without being punished. He said I would suffer the consequences of my actions.

I then told him that is why I refuse this program because I choose not to be exposed to the rampant homosexuality and perversity and being held responsible for the actions of others and suffering punishment for the actions of mentally ill people.

I told him I've never signed consent to treatment and I asked them to get me

off this unit a month and a half ago
and they said the only way I would
get off this unit was to assault a Staff
or an inmate.

Even after I told these people (Warden
Thomas + Gyson, Mr. Dovel + Whitely) that
I had a State and Federal case pending
and needed the law library they told
me they don't have a law library and I
will not get to use one here.

Then they said I had to sign 3 re-
fusals. I said I've already refused at
Jim Rudd unit but they said I had
to sign the 3 refusals.

When I refused at Jim Rudd unit they
stripped me of all my clothes and sent me
to Montford unit where I spent the next
8 or 10 days naked and freezing in a sol-
itary cell; they then sent me back to Rudd
unit (instead of an I.D. unit)!!!

After staying another 4 months waiting
for a parole hearing they sent me to this
unit and I told you that I refused. After

I told Ms. Whitely that I refuse this treatment I was placed in administrative segregation.

I was told that the only way I could get off this unit was to do a 9 month program. I said I refused already 3 times, I did not sign consent to treatment so the only thing you can do is to revoke parole.

They said I could not get a parole revocation hearing, they did however give me 3 major cases. After I was locked up in segregation about 2½ weeks Captain Reed came and ran the 3 cases all at the same time with no Due Process at all.

The punishment on the cases and the being locked up has kept me from getting any envelopes or correspondence and I could not communicate with the outside world, they would not bring me any legal research material or forms or anything needed to attempt to make my

case to the courts. As a direct result
the State Habeas has just been denied
and without this courts help I won't
have any better chance with the Federal
action.

Since I've been here I have come
in contact with several other inmates
that have experienced abuses and I
now think we need an investigation of
this situation as a class because this
is an environment of chaos, madness
and abuse; all because the people
here can't get legal access and are
classified as mentally ill.

/ Gregory, Norman #2301646

4-28-2020

My name is Johnathon Hunt and I am
writing this affidavit under penalty of
perjury. All that I am about to write
is true and correct to the best of my know-
ledge.

This morning I attempted once again
to get statements from 2 individuals
that were in segregation with me and
witnessed the activities and their rights
are also being violated in that: they
have refused treatment and are segregated
for it, multiple restrictions, denied access
to courts and they are also seeking
class action status along with me.

The one persons name is SADLER
and he was in SHU-17 across from
SHU-7 were I was.

The second person I'm not shure of his
given name (Mchutchens or Mclellen) we
called him CALI and he was in SHU-19
on (3-24-2020)

Both of these gentlemen also agreed

to write witness statements attesting to the abuse they are suffering and how it aligns with the civil rights violations this court recognized as having occurred in my immediate situation.

I spoke with Captain Reed and Captain James who both could not help me to get the statements. I spoke with the law librarian who could not help me; no one could or would help me and this has been since last Wednesday 22, 2020.

To further emphasize the atmosphere of abuse on this class of people; there are several other individuals in this 56-man dorm who have signed several refusals and are extremely disruptive. Those people stay up and party all night and sleep during the day when the supposed to be "treatment" is going on.

Security came by this morning and said that because the people were sleeping and not programming the dorm is out of compliance and they punished the rest

of us by denying the hot pot and T.V.
and said we inmates are responsible
for the ones not in compliance.

This environment defeats the purpose
of this whole concept. It nullifies what
the counselors might be attempting to do
and frustrates any person who may act-
ually have a desire to evolve.

This chaotic environment is an affront
to mental clarity and any Spiritual
Progress and that means T.D.C.J. and
Management Training Corporation as business
entities are both responsible and guilty
of deliberate indifference and cruel and
unusual punishment.

The logical explanation is: get the in-
mates that refuse this program OUT
of the program and OFF this facility.
Then those who want it can get it!?.!

I have spoken with several counselors
and Security staff members and the recurring
theme is: they feel the same way; but; ;
it is bigger than them.

The truth is: it is Bigger than any One mind. It is called a "Mega Mind" and now this Toxicity perpetuates itself and does more harm than good and justifies any intelligent individual in exercising his RIGHT TO REFUSE any part of This So Called Treatment.

To Drink a Cup of Cyanide would be preferable to being infected by what this culture offers.

To have M.T.C. and T.D.C.J. force me to participate in this Perversion is Cruel and Unusual. Especially after My Sentence should have terminated in 2014 !!!

11-10-2019

Dear Ombudsman:

My name is JONATHAN HUNT # 560374 and
I am writing this letter in an attempt to cor-
rect an obvious error in my situation.

According to the rules of Procedure I must
attempt an informal resolution before I can
proceed to court.

I am writing this letter for my family mem-
bers because I am more familiar with what
I have in my possession and how to present
it so this System cannot say there was no
knowledge of this situation.

I was given a 25 year sentence 30 years
ago. I made parole on this sentence a few
times but I have never been out of TDCJ
custody in 30 years.

Section 508.103 (a) A RELEASEE WHILE ON
PAROLE IS IN THE CUSTODY OF THE DIVISION

The sentence I was given in 1989 should
have been over in 2014. I told this to my
parole officer and she told me that the com-
puter gave me the new sentence from 2014
until 2021 because there are Civil Commit-

ment laws in place now that dictate I can be arrested and held without a charge a trial or conviction and that I can be interred; as I am now, and be sent to these NAZI concentration camps called SAFPF for the benefit of these private entities. I told her that I refuse to go to SAFPF however I was sent to this ISF facility and miraculously all of my legal work, my keys, my T.W.I.C. card, Social Security, I.D. everything: (they say) is lost.

I have managed to secure a time sheet and it shows blatant descrepencies that I could not prove until now.

(1) I HAVE SERVED 23 YEARS F/AT ON A 25 YEAR SENTENCE.

(2) I WAS SENTENCED IN 1989 UNDER MANDATORY SUPERVISION LAWS AND I HAVE MORE THAN 100% OF MY TIME DONE.

(3) 19 YEARS OF MY GOOD TIME IS MISSING

(4) 23 YEARS OF MY WORK TIME IS MISSING

I am incarcerated with young security threat group members which means that at any time I can get caught up in someone elses

madness and this system will act as if it is my fault even though I am not supposed to be housed with certain groups and I am not supposed to be "locked-up".

Will you look at this copy of my time sheet and get me back to Houston?

Sincerely
Johnathan Hunt

JOHNATHAN HUNT
#560374
2004 LAMESA HWY
BROWNFEILD TX. 79316

11-30-2019

Dear General Counsel:

My name is JOHNATHAN HUNT # 560374 and I am writing to ask that you look into the situation I now find myself in.

I have been for the last 4 years telling my Houston parole officer that I was given a 25 year sentence 30 years ago. I was sentenced to 25 calender years in 1989 which dictates it should have ended in 2014. She told me that under new Civil Commitment laws the Parole Board could keep adding time to the sentence and I have no recourse other than continue to comply.

I was arrested in Sept. 2019 and the Board sent me to Substance Abuse Felony Punishment Facility. I refused to my P.O. when I was in Harris County Jail and I have since refused since I've been on the Rudd unit.

I am now writing this General Counsel to ask one last time before I petition for violation of Civil Rights that you look into my situation.

There are 2 reasons that I refuse to go to a treatment facility or any place other than a prison facility

First: My sentence should be complete! When I was given 25 years in 1989 every time I spent 1 day in the institutional division or the parole division of the Texas Department of Criminal Justice that day counted as Flat Time served as long as I was in T.D.C.J custody and I have been at all times in T.D.C.J custody.

Your own law states; in Texas Government Code that:

508.142 (c) The period of parole is computed by subtracting from the term for which the inmate was sentenced to the calender time served on the sentence.

508.143 (a) A release while on parole is in the legal custody of the parole division. and

508.155 (b) The time on parole is computed as calender time.

The second reason I refuse SAFPF is this: I have over 100% of my time credits dictating I must be released from incarceration to mandatory supervison.

It takes 6 months to complete the in prison part of SAFPF and looking at my time credits I don't have 6 months to be served in prison.

Having written what I just wrote: There was no way of knowing at the parole revocation hearing that:

1) You already have laws on the books that say "Street Time" is flat time, and if you move "Street Time" from when I served it; to the end of the sentence; you: Steal my flat time and extend the sentence end date effectively resentencing me (for the same original crime)

or knowing:

2) My accumulated Flat Time, Good Time and Work Time exceeded the 100% credits I needed to trigger Release to Mandatory Supervision.

and Finally:

3) Auto Theft was reclassified to a lesser State Jail offense and the maximum I could be sentenced to is 2 years in a State Jail Facility. You exceeded sentencing guidelines when you gave me the new 7 year sentence from (2014 To 2021 = 7 years)

In your instructions for; Offenders Motion to reopen hearing you instructed that I have 60 days to petition (or request) the case be reopened if:

1) New Evidence (check)
2) Findings Contrary to law (check)
3) Review or Disposition of case violates law (check)

I implore you investigate my situation and apply your own rules and laws and either return me to the Streets on Parole or violate the Parole and allow Mandatory Supervision that I have already earned.

Thank you,

Johnathan Hunt

JOHNATHAN HUNT # 560374
2004 LAMESA Hwy
BROWNFEILD Tx. 79316

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class of Classification) (Unit Warden-if approved, will be forwarded to the Director

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO:

ADDRESS: _M.T.C_

_LAW LIBRARY_

_(Name and title of official)_

_EAST TX. L.S.C._

DATE: _3-26-2020_

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

TO: _____

ADDRESS: _____

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director— of Classification.)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

LAW LIBRARY

(Name and title of official)

DATE: 3-30-2020

TEXAS DEPARTMENT OF CRIMINAL JUSTICE
INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION.  THIS WILL SAVE TIME, GET YOUR
REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☐  Unit Assignment, Transfer (Chairman of Classification,
       Administration Building).

2. ☐  Restoration of Lost Overtime (Unit Warden – If approved,
       it will be forwarded to the State Disciplinary Committee).

3. ☐  Request for Promotion in Class or to Trusty Class (Unit
       Warden – If approved, will be forwarded to the Director
       Classification.

4. ☐  Clemency – Pardon parole, early out – Mandatory
       Supervision (Board of Pardons and Paroles), 8610
       Shoal Creek Blvd., Austin, Texas  78711

5. ☐  Visiting List (Asst. Director of Classification,
       Administration Building)

6. ☐  Parole requirements and related information (Unit
       Parole Counselor).

7. ☐  Inmate Prison Record (Request for copy of record,
       information on parole eligibility, discharge date,
       Detainers – Unit Administration).

8. ☐  Personal interview with a representative of an
       outside agency (Treatment Division, Administration
       Building.

TO: _LAW LIBRARY_
    _E.T.S.F._

ADDRESS: _____
1-60 (Front)

DATE:  _4 - 14 - 2020_

Fill out this form completely and on the next to last page section IV tell Access to Courts that you are needing a transfer to a TDCJ unit with Law Library access, since you have two ACTIVE CASES. Also you were told that if you need a LEGAL ADDRESS TO I-60 THE MAILROOM. If any blank is left unfilled the request will be considered incomplete and will not be sent. Have the completed form ready in the morning 4/3/20 before 7am in your door.

LAW LIBRARY

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Inter-Office Communication
### Administrative Review and Risk Management
### Offender Grievance

A4.51

TO: Hunt, Jonathan

TDCJ #: 2309248

UNIT: XQ

**DATE: 4/8/2020**

**FROM: Central Grievance Office**           **SUBJECT: Improperly Submitted Grievance**

Your documents received in this office have been reviewed and a response is indicated below. Contact the warden, major, chief of classification or a security officer for issues you deem as an emergency;

## Texas Department of Criminal Justice

# STEP 1
## OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: JOHNATHAN HUNT     TDCJ # 2309248

Unit: EAST TX I.S.F.   Housing Assignment: SHU 7

Unit where incident occurred: EAST TX I.S.F.

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? EVERYONE I COULD     When? SINCE I BEEN HERE

What was their response? RESPONSES VARIED BUT GENERAL CONSENSUS WAS NO ONE USES LAW LIBRARY

What action was taken? I WAS PLACED IN ADMINISTRATIVE SEGREGATION MAR 2 4 2020

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

I was sent to East Tx. I.S.F. from the Jim Rudd unit to participate in a program I refused in Houston first, then at Jim Rudd. When I refused at the Jim Rudd unit I was punished by being sent to a psychiatric unit (Montsford) and kept naked in a freezing isolation cell for approximately 10 days.

I was then sent back to that same unit (Jim Rudd) and lingered there for 4 months until I was sent here. I told everyone when I got here that I have already refused this program for the last 7 months and now they wanted me to sign papers giving them permission to be punished for what other people do and blow a year of my time.

When I showed the people here my T.D.C.J. time sheet that shows I have served 24 years of a 25 year sentence in prison and another 7 years on parole and that my Mandatory Supervision time credits exceed the 100% (131% exactly) to trigger my release to mandatory supervision and all I want is access to a law library they told me it was no law library and they told me I could not go to it then they locked me up in administrative segregation and not only wont let me go to MAR 2 4 2020

---

127 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

Append

Offender Signature: _Johnathan Hunt_   Date: _3-26-2020_

Grievance Response:

Signature Authority: _____   Date: _____

Returned because:   *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. Malicious use of vulgar, indecent, or physically threatening languag

☐ 6. Inappropriate. *

CGO Staff Signature: _____

### OFFICE USE ONLY

Initial Submission          CGO Initials:_____

Date UGI Recd:_____

Date CGO Recd:_____

(check one)_____ Screened _____Improperly Submitted

Comments:_____

Date Returned to Offender:_____

2nd Submission          CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

(check one) _____ Screened _____Improperly Submitted

Comments:_____

Date Returned to Offender:_____

3rd Submission          CGO Initials:_____

Date UGI Recd:_____

Date CGO Recd:_____

(check one)_____ Screened _____Improperly Submitted

Comments:_____

Date Returned to Offender:_____

I-128 Back (Revised 11-2010)

Appendix G

JONATHAN HUN #2309243
900 INDUSTRIAL DRIVE
HENDERSON TX. 76562

LEGAL

United States Courts
Southern District of Texas
FILED

MAY 15 2020

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. Box 61010
HOUSTON TX. 77208



U.S. POSTAGE PAID
FCM LETTER
HENDERSON, TX
75654
MAY 12, 20
AMOUNT
$0.00
R2305E124520-12

1000    77208